# UNITED STATES DISTRICT COURT
## for
## MIDDLE DISTRICT OF PENNSYLVANIA

U.S.A. vs. **Donald Woods** _____          Docket No.  1:CR-00-00033-001____

### Petition on Probation and Supervised Release

COMES NOW Fonda L. Steele PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Donald Woods, who was placed on supervision by the Honorable William W. Caldwell, U.S. District Judge sitting in the court at Harrisburg, PA , on the 12th day of September 2000, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1.    The defendant shall pay any balance of the restitution imposed by this judgment which remains unpaid at the commencement of the term of supervised release in minimum monthly installments of no less then $50.00.

At sentencing, Mr. Woods was ordered to pay restitution in the amount of $5,500.00.  On February 28, 2006, the probation officer received a letter from the Social Security Administration reporting that the offender had met his financial obligation and that he was no longer required to pay restitution for the prior overpayment.  Based on this information, it appears that Mr. Woods has satisfied the restitution portion of his sentence.  Therefore, it is recommended that the Court order that the restitution be considered discharged and permit the probation officer to notify the Clerk of Courts of this status.

First Assistant U.S. Attorney Martin C. Carlson has no objection to the proposal.

PRAYING THAT THE COURT WILL ORDER **that the defendant's restitution obligation is satisfied and that the special condition requiring monthly restitution payments be vacated.**

ORDER OF THE COURT                              Respectfully,

Considered and ordered this _23_ day
of _March_____, 2006 and ordered filed          Fonda L. Steele
and made a part of the records in the above      U.S. Probation Officer
case.

U.S. District Judge                              Place__Harrisburg, PA_____
                                                 Date __March 17, 2006_____

FILED
HARRISBURG

MAR 24 2006

MARY E. D'ANDREA
Per_____
       DEPUTY CLERK