THOMAS A. MARINO  
United States Attorney  
G. MICHAEL THIEL  
Assistant U.S. Attorney  
311 Wm. J. Nealon Federal Building  
Washington & Linden  
Scranton, PA  18503  
Phone:  (570)348-2800  

Attorneys for Plaintiff  

UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF PENNSYLVANIA  

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:00-33 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | <u>SATISFACTION OF JUDGMENT</u> |
| | ) | (Caldwell, J.) |
| | ) | |
| DONALD WOODS, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

      Full satisfaction is hereby acknowledged of that certain judgment entered on September 12, 2000, in favor of the United States of America, against the above-named defendant.  The Clerk is hereby authorized and directed to enter full satisfaction of record in this action.

DATED:  October 6, 2006

                                          THOMAS A. MARINO  
                                          United States Attorney

                                          <u>/s G. MICHAEL THIEL</u>  
                                          G. MICHAEL THIEL  
                                          Assistant U.S. Attorney

                                          KAREN M. MUSLOSKI  
                                          Paralegal Specialist